Attorney for Defendant
AMERICAN AMICABLE LIFE INSURANCE
COMPANY OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| REBECCA HIGDON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AMICABLE LIFE INSURANCE COMPANY OF TEXAS, and DOES 1-10,<br><br>Defendants. | No. 3:26-cv-05187<br><br>DEFENDANT AMERICAN AMICABLE LIFE INSURANCE COMPANY OF TEXAS' CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant American Amicable Life Insurance Company of Texas ("American Amicable") submits the following Corporate Disclosure Statement in connection with the above-captioned action.

American Amicable is not a publicly owned company. American Amicable is a wholly owned subsidiary of Pioneer Security Life Insurance Company, a Texas life insurance company. Pioneer Security Life Insurance Company is a wholly owned subsidiary of IA American Life Insurance Company, also a Texas life insurance company. IA American Life Insurance Company is a wholly owned subsidiary of IA American Holdings Inc., a Delaware corporation. IA American Holdings Inc. is a wholly owned subsidiary of Industrial Alliance Insurance and Financial Services



NELSON MULLINS RILEY & SCARBOROUGH LLP
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
424.221.7402

Inc., a Quebec life and health insurance company. Industrial Alliance Insurance and Financial Services Inc. is wholly owned by iA Financial Corporation Inc., a Quebec holding corporation that is publicly traded on the Toronto Stock Exchange under the ticker IAG.

Dated: February 26, 2026

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*s/Christopher S. Marks*
Christopher S. Marks, WSBA #28634
Attorney for Defendant
AMERICAN AMICABLE LIFE INSURANCE COMPANY OF TEXAS



NELSON MULLINS RILEY & SCARBOROUGH LLP
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
424.221.7402

**CERTIFICATE OF SERVICE**

I certify that on February 26, 2026, a copy of the foregoing document was served on all parties as stated below. This firm is counsel for Defendant American Amicable Life Insurance Company of Texas and will have copies of the original of this document as well.

**Via Email**

Peter Schneider
Northwest Debt Resolution, LLC
10900 4th Street, Ste 2300
Bellevue, WA 98004
Telephone: 206-800-6000
Telephone: 971-800-6000
Facsimile: 206-800-6015
Email: peter@nwdebtresolution.com
nathen@nwdebtresolution.com

*Attorney for Plaintiff Rebecca Higdon*

Signed at Los Angeles, California on February 26, 2026.

s/Lissette M. Fernandez
NELSON MULLINS RILEY & SCARBOROUGH LLP
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
Telephone: 424.221.7470
Email: lissette.fernandez@nelsonmullins.com