UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA HIGDON,<br><br>       Plaintiff,<br><br>    v.<br><br>AMERICAN AMICABLE LIFE<br>INSURANCE COMPANY OF TEXAS, and<br>DOES 1-10,<br><br>       Defendants. | CASE NO. 3:26-cv-05187-JHC<br><br>ORDER |

Before the Court is Plaintiff's motion to strike affirmative defenses.  Dkt. # 9.

Plaintiff correctly indicates that LCR 7(e)(4) applies to the motion.  Dkt. # 9 at 16.  That rule limits opposition briefs to 4,200 words.  Thus, the Court STRIKES Defendant's response as overlength.  *See* Dkt. # 11 at 21.  The same rule limits reply briefs to 2,100 words.  Thus, the Court STRIKES Plaintiff's reply as overlength.  *See* Dkt. # 12 at 15.  The Court STRIKES the motion at Dkt. # 9 without prejudice.

The Court DIRECTS the parties to meet and confer regarding whether they can reach agreement regarding any of the affirmative defenses at issue.  In their discussion, the parties should be guided by the order in *White v. King County Sheriff's Office*, 2024 WL 2802930 (W.D. Wash. May 31, 2024), which reflects this Court's approach to motions to strike affirmative

ORDER - 1

defenses.  If the parties agree that any affirmative defense should be stricken, they should submit a stipulated motion reflecting that agreement.  If the parties cannot reach agreement as to any affirmative defense(s), Plaintiff may file another motion to strike.

Dated this 7th day of April, 2026.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2