UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REBECCA HIGDON, on behalf of herself and all others similarly situated,

Plaintiff,

vs.

AMERICAN AMICABLE LIFE INSURANCE COMPANY OF TEXAS, and DOES 1-10,

Defendants.

NO: 3:26-cv-05187-JHC

ORDER STRIKING THE DEFENDANT'S FIRST AFFIRMATIVE DEFENSE

## ORDER

THIS MATTER having come before the Court on the Parties' Stipulated Motion to strike the Defendant's First Affirmative Defense: Failure to State a Claim. Dkt. # 20. The Parties' Stipulated Motion is GRANTED. Defendant American Amicable Life Insurance Company of Texas's First Affirmative Defense is STRICKEN from its Answer.

DATED this 22nd day of May, 2026.

John H. Chun
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 1