UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REBECCA HIGDON, on behalf of herself and all others similarly situated,

Plaintiff,

vs.

AMERICAN AMICABLE LIFE INSURANCE COMPANY OF TEXAS,

Defendant.

NO: 3:26-cv-05187-JHC

ORDER GRANTING PARTIES' STIPULATED MOTION FOR LEAVE FOR PLAINTIFF TO AMEND HER COMPLAINT

THIS MATTER comes before the Court on the Parties' Stipulated Motion for Leave for Plaintiff to amend her Complaint. Dkt. # 22, The Parties' Stipulated Motion is GRANTED. Plaintiff is granted leave to file her 1st Amended Complaint. Plaintiff shall file her 1st Amended Complaint within fourteen (14) days of the date of this Order. Defendant American Amicable Life Insurance Company of Texas shall answer or otherwise respond to the 1st Amended Complaint within 30 days of it being filed.

DATED this 6th day of October, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE



[redacted]